## 17073.   CLARK v. THE STATE.

LUKE, J.   1. The jury were, upon conflicting evidence, authorized to con-
vict the defendant upon the second count, which charged him with in-
voluntary manslaughter, for that he killed one Nora Nesmith without
any intention to do so, but in the commission of an unlawful act, to wit,
the driving of a motor-vehicle on a public highway while under the
influence of intoxicating liquor.   There was ample evidence that the
killing was the result of his driving a truck on the public highway
while intoxicated.

2. When the charge of the court is considered in its entirety, no reversible
error appears therein.

3. The court did not err in permitting a witness to testify that a certain
road was a "public highway."   See *Long* v. *State*, 32 *Ga. App.* 451 (2),
452 (124 S. E. 110).

4. The court properly overruled the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., not partici-
pating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of involuntary manslaughter; from Chatham su-
perior court—Judge Meldrim.   November 7, 1925.

*Oliver & Oliver*, for plaintiff in error.

*Walter C. Hartridge, solicitor-general*, contra.

Criminal Law, 16 C. J. p. 612, n. 86; p. 1050, n. 84.
Homicide, 30 C. J. p. 317, n. 69.